# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 1/8/2025 | Case Number: | 2:21-cr-00159 |
| Case Style: | USA vs. Alexander V. Otellin | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:

Owen Reynolds

Attorney(s) for the Defendant(s):

Clint Carte

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Beth Srednicki |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:27 PM | 2:18 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 51 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 1:30 p.m.
Actual Start 1:27 p.m.

Defendant present in person and by counsel for sentencing as to Count Four.
Counsel note appearances on the record.
Defendant placed under oath.
Court addresses PSR; no remaining objections.
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on his own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Custody: 36 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $100
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Counts 1-3 and 5-10 are DISMISSED upon motion of Government.
Defendant REMANDED.
Court recessed at 2:18 p.m.